**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JACK BANKS                                            *
                                                              *
                         PETITIONER      *
V.                                                       *        CASE NO.  4:21CV00191 SWW
                                                              *
STATE OF ARKANSAS                  *
                                                              *
                      RESPONDENT      *

## ORDER

The Court has reviewed the Recommendation submitted by United States

Magistrate Judge Patricia S. Harris [ECF No. 5].  No objections have been filed.

After careful review, the Recommendation is approved and adopted in its entirety

as this Court's findings in all respects.

IT IS THEREFORE ORDERED that, pursuant to the judgment entered

together with this order, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 3RD DAY OF MAY, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE