# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| JACK BANKS | * | |
| | * | |
| PETITIONER | * | |
| V. | * | CASE NO.  4:21CV00191 SWW |
| | * | |
| STATE OF ARKANSAS | * | |
| | * | |
| RESPONDENT | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 3RD DAY OF MAY, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE